1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  KATHERINE M. LLOYD-LOVETT (CABN 276256)
   ALEXANDRA SHEPARD (CABN 205143)
5  Assistant United States Attorneys

6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637-3680
       FAX: (510) 637-3724
8      Katherine.lloyd-lovett@usdoj.gov
       Alexandra.shepard@usdoj.gov
9
   Attorneys for United States of America
10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,    )  NO. CR 21-00294 WHO
                                  )
15 |     Plaintiff,                )  STIPULATION AND ORDER CONTINUING
                                  )  STATUS HEARING RE SENTENCING
16 |   v.                          )
                                  )
17 | PAUL FREDERICK GIUSTI,        )
                                  )
18 |     Defendant.                )
                                  )
19

20     This matter is currently set for a status hearing on August 25, 2022, at 1:30 p.m.  The parties

21 respectfully request that the status hearing be continued for six months to February 16, 2023.  In the

22 interim, the defendant will continue to provide cooperation pursuant to the terms of his plea agreement.

23     SO STIPULATED.

24

25 DATED: July 19, 2022                    STEPHANIE M. HINDS
                                           United States Attorney
26
                                                  /s/
27                                         ─────────────────────
                                           KATHERINE M. LLOYD-LOVETT
28                                         ALEXANDRA SHEPARD
                                           Assistant United States Attorneys

STIP AND [PROPOSED] ORDER CONTINUING STATUS HEARING
CR 21-00294 WHO

Case 3:21-cr-00294-WHO   Document 35   Filed 07/20/22   Page 2 of 2

DATED: July 19, 2022

_____/s/_____
HARTLEY M.K. WEST
Attorney for Defendant

**ORDER**

Pursuant to stipulation, the above-captioned matter will be set for a status conference on February 16, 2023, at 1:30 p.m.

IT IS SO ORDERED.

DATED: July 20, 2022

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

STIP AND [PROPOSED] ORDER CONTINUING STATUS HEARING
CR 21-00294 WHO