| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | DAVID J. WARD (CABN 239504)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 7 | FAX: (415) 436-7230<br>David.ward@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 21-00294 WHO |
| Plaintiff, | ) | MOTION TO UNSEAL |
| v. | ) | |
| PAUL FREDRICK GIUSTI, | ) | |
| Defendant. | ) | |

On August 13, 2021, defendant Paul GIUSTI pled guilty before this Court to a one-count Information charging him with Conspiracy to Commit Honest Services Wire Fraud. *Dkt 26.* At the request of the government, Exhibit A of the Plea Agreement, containing the factual basis for the plea, was filed under seal because the government's investigation of the facts underlying defendant GIUSTI's conduct was ongoing. There is no longer an investigative need by the government to keep defendant GIUSTI's factual admissions in Exhibit A under seal. The undersigned Assistant U.S. Attorney consulted with counsel for defendant GIUSTI, who has no objection to unsealing Exhibit A.

//

//

MOTION TO UNSEAL/PROPOSED ORDER  1
CR 21-00294 WHO

Therefore, the government respectfully requests that this Court order that Exhibit A to defendant GIUSTI's plea agreement be unsealed.

STEPHANIE M. HINDS
United States Attorney

Dated: February 2, 2023

*/s/ David J. Ward*
DAVID J. WARD
Assistant United States Attorney

For good cause shown, it is **SO ORDERED**.

Dated: February 3, 2023

HONORABLE WILLIAM H. ORRICK
United States District Court Judge