| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | DAVID J. WARD (CABN 239504)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7230
david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 21-00294 WHO |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING STATUS HEARING RE |
| v. | ) SENTENCING |
| PAUL FREDERICK GIUSTI, | ) |
| Defendant. | ) |

This matter is currently set for a status hearing on February 16, 2023, at 1:30 p.m. The parties respectfully request that the status hearing be continued for three months to May 25, 2023. In the interim, the defendant will continue to provide cooperation pursuant to the terms of his plea agreement.

SO STIPULATED.

DATED: February 6, 2023          STEPHANIE M. HINDS
                                               United States Attorney

                                               /s/
                                               DAVID J. WARD
                                               Assistant United States Attorney

1 DATED: February 6, 2023        /s/ *w/ Permission*
                                 HARTLEY M.K. WEST
2                                Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to stipulation, the above-captioned matter will be set for a status conference on May 25, 2023, at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: _____        _____
                                 HON. WILLIAM H. ORRICK
                                 UNITED STATES DISTRICT JUDGE

STIP AND [PROPOSED] ORDER CONTINUING STATUS HEARING
CR 21-00294 WHO