1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  DAVID J. WARD (CABN 239504)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7230
        david.ward@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-00294 WHO |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS HEARING RE SENTENCING |
| v. | |
| PAUL FREDERICK GIUSTI, | |
| Defendant. | |

This matter is currently set for a status hearing on February 16, 2023, at 1:30 p.m. The parties respectfully request that the status hearing be continued for three months to May 25, 2023. In the interim, the defendant will continue to provide cooperation pursuant to the terms of his plea agreement.

SO STIPULATED.


DATED: February 6, 2023            STEPHANIE M. HINDS
                                   United States Attorney

                                   _____/s/_____
                                   DAVID J. WARD
                                   Assistant United States Attorney


STIP AND [PROPOSED] ORDER CONTINUING STATUS HEARING
CR 21-00294 WHO

DATED: February 6, 2023           /s/ *w/ Permission*
HARTLEY M.K. WEST
Attorney for Defendant

## ORDER

Pursuant to stipulation, the above-captioned matter will be set for a status conference on May 25, 2023, at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: February 6, 2023

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE