HARTLEY M.K. WEST (SBN 191609)
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, California 94104-4446
Telephone: (415) 262-4500
Facsimile: (415) 262-4555
Hartley.West@dechert.com

Attorneys for Defendant
PAUL FREDRICK GIUSTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FREDRICK GIUSTI,<br><br>Defendant. | Case No. 3:21-CR-00294-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING MODIFICATION OF CONDITIONS OF RELEASE** |

On November 23, 2020, this Court placed Paul Giusti on pretrial release in the above-captioned matter. A condition of his release limits his travel to the Northern and Eastern Districts of California. Under the same conditions of release following his August 13, 2021 guilty plea, Mr. Giusti now seeks permission to travel to an event in Muncie, Indiana, located in the Southern District of Indiana, from June 27-July 3, 2023. Pretrial Services Officer Bradley Wilson has advised that he supports Mr. Giusti in domestic travel. Assistant United States Attorney David Ward has no objection to this proposed modification.

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER
AUTHORIZING MODIFICATION OF
CONDITIONS OF RELEASE
3:21-cr-00294-WHO

Dechert LLP
Attorneys at Law
San Francisco

SO STIPULATED.

Dated: May 11, 2023                    ISMAIL J. RAMSEY
                                       UNITED STATES ATTORNEY


                                       By:  /s/
                                       DAVID J. WARD
                                       Assistant United States Attorney


Dated: May 11, 2023                    DECHERT LLP


                                       By:  /s/
                                       HARTLEY M.K. WEST
                                       Attorneys for Defendant Paul Giusti


## [PROPOSED] ORDER

**GOOD CAUSE BEING SHOWN**, Mr. Giusti's conditions of pretrial release shall be modified to allow him to travel to Muncie, Indiana from June 27-July 3, 2023. All other conditions of Mr. Giusti's pretrial release shall remain in full force and effect.

**IT IS SO ORDERED**.


Date: _____            _____
                                        HON. WILLIAM H. ORRICK
                                        UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
AUTHORIZING MODIFICATION OF
CONDITIONS OF RELEASE
3:21-CR-00294-WHO

- 2 -

Dechert LLP
Attorneys at Law
San Francisco