| | |
|---|---|
| 1 | HARTLEY M.K. WEST (SBN 191609) |
| | DECHERT LLP |
| 2 | One Bush Street, Suite 1600 |
| | San Francisco, California 94104-4446 |
| 3 | Telephone: (415) 262-4500 |
| | Facsimile: (415) 262-4555 |
| 4 | Hartley.West@dechert.com |

Attorneys for Defendant
PAUL FREDRICK GIUSTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-CR-00294-WHO |
| Plaintiff, | **STIPULATION AND ORDER AUTHORIZING MODIFICATION OF CONDITIONS OF RELEASE** |
| v. | |
| PAUL FREDRICK GIUSTI, | |
| Defendant. | |

On November 23, 2020, this Court placed Paul Giusti on pretrial release in the above-captioned matter. A condition of his release limits his travel to the Northern and Eastern Districts of California. Under the same conditions of release following his August 13, 2021 guilty plea, Mr. Giusti now seeks permission to travel to an event in Muncie, Indiana, located in the Southern District of Indiana, from June 27-July 3, 2023. Pretrial Services Officer Bradley Wilson has advised that he supports Mr. Giusti in domestic travel. Assistant United States Attorney David Ward has no objection to this proposed modification.

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER
AUTHORIZING MODIFICATION OF
CONDITIONS OF RELEASE
3:21-cr-00294-WHO

SO STIPULATED.

Dated: May 11, 2023    ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

By: _____/s/_____
DAVID J. WARD
Assistant United States Attorney

Dated: May 11, 2023    DECHERT LLP

By: _____/s/_____
HARTLEY M.K. WEST
Attorneys for Defendant Paul Giusti

## **ORDER**

**GOOD CAUSE BEING SHOWN**, Mr. Giusti's conditions of pretrial release shall be modified to allow him to travel to Muncie, Indiana from June 27-July 3, 2023. All other conditions of Mr. Giusti's pretrial release shall remain in full force and effect.

**IT IS SO ORDERED**.

Date: May 15, 2023

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE