UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** May 25, 2023  **Time:** 4 minutes  **Judge:** WILLIAM H. ORRICK
2:30 p.m. to 2:34 p.m.

**Case No.**: 21-cr-00294-WHO-1   **Case Name:** UNITED STATES v. Giusti

**Attorney for Plaintiff:**  David Ward
**Attorney for Defendant:**  Taylor Jaszewski
Defendant **Paul Frederick Giusti** – present (by video), on bond

**Deputy Clerk:** Jean Davis       **Reported by:** Lee-Anne Shortridge
**Interpreter:** n/a                **Probation Officer:** n/a

### PROCEEDINGS

Parties appear for status conference to schedule sentencing.

**CASE CONTINUED TO:  October 5, 2023, at 1:30 p.m. for Sentencing**.