1  HARTLEY M.K. WEST (CABN 191609)
   DECHERT LLP
2  One Bush Street, Suite 1600
   San Francisco, California 94104-4446
3  (415) 262-4500
   Hartley.West@dechert.com
4
   Attorney for Paul Giusti
5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                        SAN FRANCISCO DIVISION

9
   UNITED STATES,                          Case No. 3:21-CR-00294-WHO
10
                  Plaintiff,               STIPULATED MOTION TO CONTINUE
11                                         SENTENCING; [PROPOSED] ORDER
          v.
12
   PAUL GIUSTI,
13
                  Defendant.
14

15
          Counsel for the United States and counsel for defendant Paul Giusti stipulate and request
16
   to continue the sentencing in the above-captioned matter two weeks, from October 5, 2023, to
17
   October 19, 2023.  The parties have confirmed the availability of U.S. Probation Officer Cindy
18
   Suntay for the revised date.
19
   SO STIPULATED.
20

21  Dated: September 20, 2023          PATRICK D. ROBBINS
                                       ATTORNEY FOR THE UNITED STATES
22
                                       By:      /s/
23                                         DAVID J. WARD
                                           Assistant United States Attorney
24

25
                                           DECHERT LLP
26  Dated: September 20, 2023
                                       By:      /s/
27                                         HARTLEY M.K. WEST
                                           Attorney for Defendant Paul Giusti
28

## **[PROPOSED] ORDER**

The parties' stipulated request to continue sentencing in the above-captioned matter from October 5, 2023, to October 19, 2023, is **GRANTED**.

**IT IS SO ORDERED**.

Date: _____     _____
                                  HON. WILLIAM H. ORRICK
                                  United States District Judge