HARTLEY M.K. WEST (CABN 191609)
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, California 94104-4446
(415) 262-4500
Hartley.West@dechert.com

Attorney for Paul Giusti

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL GIUSTI,<br><br>　　　　　Defendant. | Case No. 3:21-CR-00294-WHO<br><br>STIPULATED MOTION TO CONTINUE SENTENCING; ORDER |

　　　　Counsel for the United States and counsel for defendant Paul Giusti stipulate and request to continue the sentencing in the above-captioned matter two weeks, from October 5, 2023, to October 19, 2023.  The parties have confirmed the availability of U.S. Probation Officer Cindy Suntay for the revised date.

SO STIPULATED.

Dated: September 20, 2023　　　　　　　　PATRICK D. ROBBINS
　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR THE UNITED STATES

　　　　　　　　　　　　　　　　　　　　By:　　　/s/
　　　　　　　　　　　　　　　　　　　　　　DAVID J. WARD
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: September 20, 2023　　　　　　　　DECHERT LLP

　　　　　　　　　　　　　　　　　　　　By:　　　/s/
　　　　　　　　　　　　　　　　　　　　　　HARTLEY M.K. WEST
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Paul Giusti

STIPULATED MOT TO CONTINUE SENTENCING; [PROPOSED] ORDER
3:21-cr-00294-WHO

# **ORDER**

The parties' stipulated request to continue sentencing in the above-captioned matter from October 5, 2023, to October 19, 2023, is **GRANTED**.

**IT IS SO ORDERED**.

Date: September 21, 2023

_____
HON. WILLIAM H. ORRICK
United States District Judge